UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA KATHERINE EZEKIEL, )<br><br>Plaintiff, )<br><br>v. )<br><br>HOMELAND ORGANIZATION, et al., )<br><br>Defendants. ) | CIVIL ACTION<br>NO. 25-13860-WGY |

**ORDER**

July 25, 2026

YOUNG, D.J.

On December 16, 2026, the Clerk received a self-prepared complaint which is essentially incomprehensible. The title of the complaint and the category sheet identify Barbara Katherine Ezekiel as the plaintiff "Homeland Security Organization" as the defendant. Dkt. #1 at 1; Dkt. #1-1. In the body of the complaint, Sean Leonard is identified as a defendant with the job or title "Homeland Security Organization," Dkt. 1 at 2, and he signed the civil cover sheet as the person submitting the complaint, Dkt. 1-1.

The statement of the claim reads:

The inference from the demands that cause the conscience to require itself to action between truth and false, diverse across populations voter district, is a security problem for the living continence of the

plaintiff deceased now declared legacy framework commitment to real property.

Dkt. 1 at 4. The relief sought is "a writ of certiorari declaring the petitioner knows the relationship between the plaintiff, defendant, attorneys, disabled, undisabled web of life, secrecy, non secrecy, life, death, extraneous et seq." Id. The attachments to the complaint, Dkt. #1-3, do not illuminate the nature of the claim.

Article III of the Constitution limits the jurisdiction of the federal courts to "Cases" or "Controversies." U.S. Const. art. III, § 2. For a case or controversy to exist, the plaintiff must have standing, or, in other words, the plaintiff "must present an injury that is concrete, particularized, and actual or imminent; fairly traceable to the defendant's challenged action; and redressable by a favorable ruling." Horne v. Flores, 557 U.S. 433, 445 (2009). In this complaint, the plaintiff does not present such a claim.

Accordingly, in the absence of a case or controversy, the Court DISMISSES this case for lack of jurisdiction.

SO ORDERED.

WILLIAM G. YOUNG
DISTRICT JUDGE

2